**Rosemary L. JIMENEZ, Plaintiff—Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security; Neil A.G. McPhie, United States Merit System Protection Board; Linda M. Springer, United States Office of Personnel Management, Defendants–Appellees.**

No. 07–1147.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2008.

Decided: Oct. 3, 2008.

Rosemary L. Jimenez, Appellant Pro Se. James A. Frederick, Goodell Devries Leech & Dann, LLP, Baltimore, Maryland; Alex Samuel Gordon, Office of the United States Attorney, Allen F. Loucks, Jennifer Wright Schick, Assistant United States Attorneys, Baltimore, Maryland, for Appellees.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosemary L. Jimenez appeals the district court's order granting the Defendants' motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jimenez v. Astrue,* No. 1:06–cv–01446–JFM, 2006 WL 3781165 (D.Md. Dec. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*